U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

DEC 0 2 2005

ROBERT H. SHENWELL, CLERK
BY _____
                    DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

UNITED STATES OF AMERICA

VS

KEVIN LOVE

CRIMINAL NO.: 1:97cr10008-01
JUDGE LITTLE
MAG. JUDGE KIRK

## CERTIFICATE OF APPEALABILITY

A final order having been filed in the above-captioned habeas case, the court, considering the record in this case and the requirements of 28 U.S.C. § 2253, hereby finds that:

X   The certificate of appealability is DENIED because the applicant has failed to demonstrate a substantial showing of the denial of a constitutional right.

___   The certificate of appealability is GRANTED for the below reasons:

The applicant has made a substantial showing that the following issues constitute a denial of a constitutional right: 2

Signed at Alexandria, LA, this ____2____ day of ___December___ , 2005

_____
F. A. LITTLE, JR.
UNITED STATES DISTRICT JUDGE