

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION<br>NO. CR97-10008 |
| VERSUS | |
| KEVIN LOVE | JUDGE DEE D. DRELL<br>MAGISTRATE JUDGE JAMES D. KIRK |

### J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (de novo) review of the record including the objections filed herein, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that Love's Section 2255 motion is DISMISSED WITHOUT PREJUDICE for failure to obtain authorization from the Fifth Circuit prior to filing it in this court.

IT IS FURTHER ORDERED that the Clerk of this court is directed to notify Love (1) that he must file in the Fifth Circuit Court of Appeals a motion pursuant to Section 2244 within 30 days from the date of the Clerk's notice, and (2) if he fails to file such a motion within that time, an order will be entered denying authorization.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 12TH day of January, 2007.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE